UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GARLAND E. WILLIAMS | CIVIL ACTION |
| VERSUS | NO: 20-2470 |
| UNITED STATES OF AMERICA, ET AL. | SECTION: "A" (1) |
| | |
| GARLAND E. WILLIAMS | CIVIL ACTION |
| VERSUS | NO: 20-2471 |
| UNITED STATES OF AMERICA, ET AL. | SECTION: "A" (1) |

## ORDER

The captioned complaints are yet another attempt by Garland E. Williams to pursue the United States of America, Judge Ivan Lemelle, former Clerk of Court William Blevins, Judge Greg Guidry, and Ms. Debra Pongracz (Judge Guidry's case manager) for his lack of satisfaction with the outcomes in prior lawsuits in this district. Williams has now joined Judge Martin Feldman and Magistrate Judge Michael North as defendants for the same reason. These two defendants are absolutely immune for all acts taken in their judicial capacity. The subject complaints sub judice are legally frivolous for the reasons that this Court provided when dismissing related civil actions 19-11427, 20-171, 20-337, 20-1685, and 20-1820.

Williams was granted leave to proceed as a pauper in the captioned actions pursuant to 28 U.S.C. § 1915(a). 28 U.S.C. § 1915(e)(2)(B) provides for

summary dismissal of a pauper complaint *sua sponte* should the Court determine that the case is legally frivolous or fails to state a claim upon which relief may be granted. *Id.* § 1915(e)(2)(B)(i), (ii).

The captioned complaints are not only legally frivolous, devoid of allegations to support claim for relief, and malicious, they constitute a gross waste of judicial resources (not to mention the resources of the United States Attorney's Office which has been forced to repeatedly address Williams' multitude of meritless cases against the United States) and an abuse of the judicial system.

Accordingly;

**IT IS ORDERED** that the complaints in the captioned matters are **DISMISSED WITH PREJUDICE**.

October 30, 2020

_____
Judge Jay C. Zainey
Eastern District of Louisiana